**Dismissed and Memorandum Opinion filed October 4, 2011.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00571-CV
_____

**VERONICA SPENCER DANIELS, Appellant**

**V.**

**ROBERT HAMMOND, Appellee**

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 11-CCV-045280**

## M E M O R A N D U M   O P I N I O N

Appellant filed a timely notice of appeal from a June 20, 2011, order on a writ of possession issued June 27, 2011. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on

Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same).

On September 8, 2011, this court ordered appellant to pay the appellate filing fee on or before September 23, 2011, or the appeal would be dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with a court order). Appellant has not paid the appellate filing fee or responded to this court's order.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.